# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **RICARDO O'BRIEN CROOKS,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| vs. | ) Civil Action No. CV-12-S-2025-M |
| | ) |
| **ERIC HOLDER, JR., *et al.*,** | ) |
| | ) |
| **Respondents.** | ) |

## ORDER

This petition for habeas corpus pursuant to 28 U.S.C. § 2241 comes before the court on the report and recommendation of Magistrate Judge Paul Greene. Petitioner challenges his confinement at the Etowah County Detention Center in Etowah County, Alabama, pending his removal to Jamaica pursuant to the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. §§ 1101 *et seq*. Upon preliminary review, Magistrate Judge Green recommended that this action be dismissed without prejudice because the petitioner had previously filed another *pro se* § 2241 action in this court that raises the same claims as this action.[1] The parties were given twenty-one days to file objections to the recommendation,[2] however no objections have been filed.

Having carefully reviewed and considered *de novo* the record and the report and

---

[1] *See* doc. no. 7 (Report and Recommendation).

[2] *See id.* at 2.

recommendation, the court is of the opinion that the magistrate judge's report and recommendation is due to be, and hereby is, ADOPTED. Accordingly, this action is DISMISSED without prejudice.

DONE this 9th day of July, 2012.

_____
United States District Judge